UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | CV-12-3081-LRS |
| vs. | ) ) | |
| 2002 FORD F-250 TRUCK, WASHINGTON LICENSE PLATE B14168T, VIN: 1FTNX21F02EA64934, | ) ) ) ) | Final Order of Forfeiture |
| Defendant. | ) ) | |

Plaintiff, United States of America, alleged in a Verified Complaint for Forfeiture In Rem that the Defendant vehicle is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881. ECF No. 1.

The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

The defendant property being forfeited is described as follows:

2001 Ford F-250 Truck, Washington license plate B14168T, VIN: 1FTNX21F02EA64934, seized on or about January 4, 2012, in Yakima, Washington, by the Federal Bureau of Investigation, pursuant to a federal search warrant.

On June 25, 2012, the Clerk's office issued the Warrant of Arrest In Rem, pursuant to the Court's order of the same date. ECF No. 5.

On June 29, 2012, the Warrant of Arrest In Rem was returned executed. ECF No. 7.

Notice of Civil Forfeiture Action was posted on the official government website beginning July 1, through July 30, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication filed herein on

Final Order of Forfeiture -1-
Final Order of Forfeiture.wpd

1   August 23, 2012.  ECF Nos. 11, 11-1 and 11-2.  At the latest, the claim period

2   expired on August 30, 2012.

3           On or about July 3, 2012, Victor Hugo Santa Cruz Barriga, was served, via

4   certified mail, return receipt requested, in care of his attorney, Blaine

5   Connaughton, and at the Yakima County Jail, with a copy of the Verified

6   Complaint for Forfeiture <u>In Rem</u>, Warrant of Arrest <u>In Rem</u>, and Notice of

7   Complaint for Forfeiture.  ECF No. 9 and 9-1.  Based upon the direct notice's

8   service date the last date to file a timely claim was August 7, 2012.  To date, no

9   claim of interest has been received or filed with the Court from Victor Hugo Santa

10  Cruz Barriga.  On October 5, 2012, the United States filed a Motion for Default as

11  to Victor Hugo Santa Cruz Barriga.  ECF No. 14.  On October 9, 2012, the Clerk

12  entered a default order as to Victor Hugo Santa Cruz Barriga.  ECF No.  16.

13          On or about July 3, 2012, Belen Santa Cruz, was served via certified mail,

14  return receipt requested, at 1515 S. 16th Avenue, Yakima, Washington, with a copy

15  of the Verified Complaint for Forfeiture <u>In Rem</u>, Warrant of Arrest <u>In Rem</u>, and

16  Notice of Complaint for Forfeiture.  ECF No. 8 and 8-1**.  Based upon the direct**

17  **notice's service date the last date to file a timely claim was August 7, 2012.**

18  On or about July 11, 2012, the mailing sent to the 1515 S. 16th Avenue, Yakima,

19  Washington, address was received by the United States Attorney's office, stamped

20  "Not Deliverable as Addressed, Unable to Forward" and "Returned to Sender, No

21  Such Address" and included a handwritten notation of "NSN try St?".

22          On or about July 18th, 2012, Belen Santa Cruz, was served via certified mail,

23  return receipt requested, at 1515 S. 16th Street, Yakima, Washington, with a copy

24  of the Verified Complaint for Forfeiture <u>In Rem</u>, Warrant of Arrest <u>In Rem</u>, and

25  Notice of Complaint for Forfeiture.  ECF No. 10 and 10-1**.  Based upon the direct**

26  **notice's service date the last date to file a timely claim was August 22, 2012.**

27          On or about August 14, 2012, the mailing sent to the 1515 S. 16th Street,

28  Yakima, Washington, address was received by the United States Attorney's office,

Final Order of Forfeiture -2-

Final Order of Forfeiture.wpd

stamped "Unclaimed" and with a yellow typewritten sticker stating "Return to Sender, Unclaimed, and Unable to Forward" affixed to the envelope and also the handwritten notations of "N/L 7/19, 7/24 and 8/3", said notations appear to be the dates that the U.S. Postal Service attempted delivery of the mailing.  According to a August 24, 2012, search of LexisNexis, the 1515 S. 16th Street, Yakima, Washington address is the most recent listed address associated with Belen Santa Cruz.

On or about August 24, 2012, the United States filed its Notice of Motion for Default, which was served via certified mail, return receipt requested, upon Belen Santa Cruz in care of her husband's, Victor Hugo Santa Cruz Barriga's attorney, Blaine Connaughton, and at the 1515 S. 16th Street address  ECF No. 13. On or about August 27, 2012, the United States Attorney's Office received the return receipt card from the mailing to Attorney Blaine Connaughton.  On or about August 14, 2012, the mailing sent to the 1515 S. 16th Street, Yakima, Washington, address was received by the United States Attorney's office, stamped "Return to Sender, Addressee Unknown" and with a yellow typewritten sticker stating "Return to Sender, Attempted - Not Known, and Unable to Forward" affixed to the envelope and also the handwritten notation of "ANK".

On or about September 4, 2012, the U.S. Attorney's Office received a handwritten statement, with two additional attached statements, dated August 29, 2012, from Belen Santa Cruz, which appeared to be a claim, but was not signed under penalty of perjury as required by Fed. R. Civ. P. Rule G.  The return address on the envelope was 1200 University Way #30, Ellensburg, Washington 98926.

On or about October 5, 2012, Belen Santa Cruz, was served via certified mail, return receipt requested, at 1200 University Way #30, Ellensburg, Washington, with a copy of the Verified Complaint for Forfeiture In Rem, Warrant of Arrest In Rem, and Notice of Complaint for Forfeiture.  ECF Nos. 17 and 17-1. **Based upon the direct notice's service date the last date to file a timely claim**

Final Order of Forfeiture -3-
Final Order of Forfeiture.wpd

1  **was November 9, 2012.**  In addition to the documents served, the United States

2  included a letter.  On or about November 7, 2012, the United States received the

3  certified mail return receipt card, which appears to be signed by Belen Santa Cruz,

4  with a handwritten date of "10-5-12".

5       On or about November 14, 2012, the United States filed its second Notice of

6  Motion for Default, which was served via certified mail, return receipt requested,

7  upon Belen Santa Cruz, at the 1200 E University Way #30 address in Ellensburg,

8  Washington.  On or about November 26, 2012, the United States received the

9  certified mail return receipt card which appears to be signed by Belen Santa Cruz,

10  with a handwritten date of November 21, 2012.

11       On or about November 20, 2012, FSA Paralegal Contractor Darcy Markham

12  received a telephone call from Belen Santa Cruz.  Ms. Santa Cruz stated  to Ms.

13  Markham that she had received the larger mailing, but that she had not received

14  the notice of default. Ms. Santa Cruz also stated that she did not understand the

15  paperwork and did not understand what was happening with the truck.  Ms.

16  Markham stated that the United States was proceeding with the forfeiture of the

17  truck and that she could not provide legal advice to Ms. Santa Cruz, however, if

18  Ms. Santa Cruz did not understand the paperwork, she may want to consult an

19  attorney.

20       On or about November 29, 2012, FSA Paralegal Contractor Darcy Markham

21  received a telephone call from Belen Santa Cruz.  Ms. Santa Cruz stated that she

22  had moved to Phoenix, Arizona, and that her mother had forwarded the paperwork

23  to her, but that she still does not understand what is going to happen to the truck

24  and what she needs to do.  Ms. Markham stated that the paperwork served upon

25  Ms. Santa Cruz clearly explained what Ms. Santa Cruz needed to do. Ms.

26  Markham again stated that she could not offer legal advice to Ms. Santa Cruz, but

27  that if Ms. Santa Cruz did not understand the paperwork, she may want to consult

28  an attorney.  Ms. Markham again stated that the United States was proceeding with

Final Order of Forfeiture -4-
Final Order of Forfeiture.wpd

the forfeiture of the truck.  Ms. Santa Cruz did not provide, and Ms. Markham did not request Ms. Santa Cruz's address in Phoenix, Arizona, but according to a November 30, 2012, search of LexisNexis, 2454 W Campbell Avenue, Apt. 277, Phoenix, Arizona, is an address associated with Ms. Santa Cruz, from October 2009 through September 2012, but the 1515 S 16th Street, Yakima, Washington, address is the most current address associated with Ms. Santa Cruz.

In accordance with Fed. R. Civ. P. Rule G(4)(a)(iv)(C), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of civil forfeiture was posted on an official government website, www.forfeiture.gov, beginning July 1, 2012.  ECF Nos. 11, 11-1 and 11-2.  **Based upon the internet publication start date of July 1, 2012, the last date to file a timely claim was August 30, 2012**.

Based upon the direct notice service dates and the publication start date, the last deadline for Belen Santa Cruz to file a timely claim was November 9, 2012, for the direct notice deadline, and August 30, 2012, for the publication deadline. To date, no verified claim of interest has been received or filed with the Court from Belen Santa Cruz, and the time allowed for filing of such a claim has expired.

On or about December 6, 2012, the United States filed its Motion for Default as to Belen Santa Cruz.  ECF No. 19.  On or about December 7, 2012, the Clerk entered a default order as to Victor Hugo Santa Cruz Barriga.  ECF No.  20.

It appearing to the Court that any and all potential claimant's interest in the defendant property has been resolved through the entry of the Clerk's Order of Default as to Victor Hugo Santa Cruz Barriga and Belen Santa Cruz;

It also appearing to the Court that no other timely claims have been made to the defendant property;

Final Order of Forfeiture -5-
Final Order of Forfeiture.wpd

1    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the

2  defendant property is hereby forfeited to the United States of America, and no

3  right, title, or interest shall exist in any other person.

4    IT IS FURTHER ORDERED that the United States shall dispose of the

5  forfeited defendant property in accordance with law.

6    DATED this __11th__ day of January, 2013.

7

8                                            *s/Lonny R. Suko*
                                  _____
                                            Lonny R. Suko
9                                    United States District Judge

10

11

12

13

14  Presented by:

15  Michael C. Ormsby
    United States Attorney

16
    s/James A. Goeke
17

18  James A. Goeke
    Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

Final Order of Forfeiture -6-
Final Order of Forfeiture.wpd